UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED

DAVID CREWS, CLERK
BY_____
                Deputy

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:15CR055

CARLOS DANIELS　　　　　　　　　　　18 U.S.C. §§ 922(u) and 924(i)
　　　　　　　　　　　　　　　　　　　18 U.S.C. §§ 922(g)(1) and 924(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 31, 2014, in the Northern District of Mississippi, the defendant, **CARLOS DANIELS**, aided and abetted by another person known to the Grand Jury, did steal and unlawfully take and carry away from the Noxapater Hardware Store, the premises of a person licensed to engage in the business of dealing in firearms, firearms in the licensee's business inventory that had been shipped and transported in interstate commerce, to wit:

1)　Glock, Model 36, .45 caliber, semi-automatic pistol;
2)　Bond, Model Cowboy, .45 caliber, Derringer;
3)　Springfield, Model SAXD, 9mm, semi-automatic pistol;
4)　Diamondback, Moel DB380, .380 caliber, semi-automatic pistol;
5)　Ruger, Model New Vapuero, .45 caliber, revolver;
6)　Smith & Wesson, Model Bodyguard, .380 caliber, semi-automatic pistol;
7)　Springfield, Model XDS, 9mm, semi-automatic pistol;
8)　Taurus, Model M380, .380 caliber, semi-automatic pistol;
9)　Glock, Model G19G4, 9mm, semi-automatic pistol;
10)　Taurus, Model PT609, 9mm, semi-automatic pistol,

in violation of Title 18, United States Code, Sections 922(u) and 924(i).

## COUNT TWO

On or about October 31, 2014 to on or about November 6, 2014, in the Northern District of Mississippi, the defendant, **CARLOS DANIELS**, while having been previously convicted of an offense punishable by imprisonment for a term exceeding one year did knowingly possess firearms, including 1) a Taurus, Model Ultralite 380, .380 caliber revolver, 2) a Diamond Back, Model DB380, .380 caliber semi-automatic pistol, 3) a Ruger, Model New Vaquero, .45 caliber revolver and 4) a 9mm Springfield magazine containing ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_Felix C. Cedar_  
UNITED STATES ATTORNEY

_/s/ Signature Redacted_  
FOREPERSON